08-18-00063-CR

## NOTIFICATION OF LATE RECORD

## REQUEST FOR EXTENSTION

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/18/2018 1:00:02 PM

DENISE PACHECO
Clerk

Court of Appeals Number:  08-18-00063-CR

Trial Court Style:  4716

     I am the court reporter responsible for preparing the Reporter's Record in the above-referenced appeal.

     The Reporter's Record is due on May 18, 2018.

     Appellant has failed to provide a designation of record to the court reporter.

     Appellant has failed to make financial arrangements (no inquiry has been made as to the cost, no motion and order for reporter to prepare the record has been received).

     At this time I am requesting an extension until I receive a designation of record and payment or a motion and order to prepare the record.  Upon receipt of a designation of record and upon completion of financial arrangements, I would request 30 days to prepare the Reporter's Record.

     I, Diane Pattillo, Official Reporter for the 109th Judicial District Court, certify that a copy of this Notification of Late Record and Request for Extension has been served by first-class mail, e-mail, or hand delivered to the parties to the judgment or order being appealed.

                         Respectfully submitted,

Date: May 18, 2018

/s/Diane Pattillo
Diane Pattillo, CSR 1951
Expiration Date:  12/31/2016
Court Reporter, 109th Judicial District
201 N. Main, Room 201
Andrews, Texas 79714
432-524-1480

Filed with 8 COA on 5-18-2018
e-mailed: artieaguilar@gmail.com
tmason@co.andrews.tx.us on 5-18-2018